CC: Fiscal

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No.: | 2:23-CV-01854-AB-RAO | Date: | August 15, 2023 |
|---|---|---|---|

**Title:** *Kimberly Frazier v. American Commercial Properties II, LLC et al.*

**Present: The Honorable**    **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**    **[In Chambers] ORDER SANCTIONING PLAINTIFF AND ORDER TO SHOW CAUSE**

Plaintiff filed her First Amended Complaint on April 24, 2023, (Dkt. No. 12), bringing claims against American Commercial Propreties II, LLC ("American Propreties") and American Commercial Properties II, LLC ("American Properties"). On June 21, 2023, Plaintiff dismissed American Propreties. (Dkt. No. 15.) American Properties, though, remains a Defendant in this case. American Properties has not filed an Answer and Plaintiff has failed to timely seek entry of Default.

Pursuant to the Court's ORDER RE: PROSECUTION OF CERTAIN CASES UNDER THE AMERICANS WITH DISABILITIES ACT (Dkt. No. 10), Plaintiff is **SANCTIONED** in the amount of **$300** for failing to timely seek entry of default. Payment shall be made to the Clerk's Office within 7 days of this Order.

The Court **ORDERS** Plaintiff to show cause by August 25, 2023 why this case should not be dismissed for lack of prosecution. The case will be dismissed if Plaintiff fails to timely respond. **IT IS SO ORDERED**.